# EXHIBIT 1

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 109-343

(VA) VAU

EFFECTIVE DATE OF REGISTRATION

18 OCT 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**① Title**

TITLE OF THIS WORK: Centipede

NATURE OF THIS WORK: (See instructions) Artwork

Previous or Alternative Titles:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: _____ Vol. ___ No. ___ Date ___ Pages ___

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1. NAME OF AUTHOR: Atari, Inc.
Was this author's contribution to the work a "work made for hire"? Yes X No
DATES OF BIRTH AND DEATH: Born___ Died___
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of _____ or Domiciled in U.S.A.
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes __ No X ; Pseudonymous? Yes __ No X
AUTHOR OF: (Briefly describe nature of this author's contribution) Completely revised and additional artwork.

2. NAME OF AUTHOR: _____
Was this author's contribution to the work a "work made for hire"? Yes __ No __
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of _____ or Domiciled in _____
AUTHOR OF: _____

3. NAME OF AUTHOR: _____
(similarly blank)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1982

DATE AND NATION OF FIRST PUBLICATION:
Date: May 3, 1982
Nation: U.S.A.

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Atari, Inc.
1265 Borregas Avenue, Sunnyvale, California 94086

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| | | |
|---|---|---|
| VA 109-343 | EXAMINED BY ER<br>CHECKED BY<br>CORRESPONDENCE ☐ Yes<br>DEPOSIT ACCOUNT FUNDS USED ☐ | APPLICATION RECEIVED<br>**13 OCT 1982**<br>DEPOSIT RECEIVED<br>13 OCT 1982  13 OCT 1982<br>REMITTANCE NUMBER AND DATE<br>006204 |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**5 Previous Registration**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes **X** No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  **X** This is a changed version of the work, as shown by line 6 of the application.
- If your answer is "Yes," give: Previous Registration Number **PA: 108-068**  Year of Registration **1981**

**6 Compilation or Derivative Work**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL. Identify any preexisting work or works that this work is based on or incorporates.
Audiovisual work.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Completely revised and additional artwork.

**7 Fee and Correspondence**

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: Brylawski & Cleary
Account Number: DA 050355

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Brylawski & Cleary
Address: 224 East Capitol Street

Washington,  D.C.  20003

**8 Certification**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive rights **X** authorized agent of **Atari, Inc.**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): *Edwin Komen*
Typed or printed name: Edwin Komen  Date: 10/11/82

**9 Address For Return of Certificate**

**MAIL CERTIFICATE TO**

Brylawski & Cleary
224 East Capitol Street
Washington, D.C.  20003

(Certificate will be mailed in window envelope)

Additional Certificate (17 U.S.C. 706)

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

REGISTER OF COPYRIGHTS
United States of America

FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER: VAu 29-718
VA / VAU

EFFECTIVE DATE OF REGISTRATION: OCT 15 1981

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**1 Title**

TITLE OF THIS WORK: CENTIPEDE

Previous or Alternative Titles: ...........

NATURE OF THIS WORK: (See instructions) 34 photographs

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........... Vol. ...... No. ...... Date ............... Pages ............

**2 Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR: Atari, Inc.
Was this author's contribution to the work a "work made for hire"? Yes..... X No.....
DATES OF BIRTH AND DEATH: Born .......... Died ..........
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .......... or Domiciled in U.S.A.
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No...X
Pseudonymous? Yes...... No...X
AUTHOR OF: (Briefly describe nature of this author's contribution) Photographs

2
NAME OF AUTHOR: ..........
Was this author's contribution to the work a "work made for hire"? Yes...... No......
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .......... or Domiciled in ..........
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

3
NAME OF AUTHOR: ..........
Was this author's contribution to the work a "work made for hire"? Yes...... No......
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .......... or Domiciled in ..........
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1981
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date .......... (Month) (Day) (Year)
Nation .......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Atari, Inc.
1265 Borregas Avenue
Sunnyvale, California 94086

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

| EXAMINED BY: .....A..... | APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: .......... | 15. OCT. 1981 | |
| CORRESPONDENCE: ☑ Yes | DEPOSIT RECEIVED: OCT 15 1981 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

VAu - · 29-718

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No.. X...

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number............................ Year of Registration....................

**5** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
..Character of centipede was included in a video game entitled......
.....CENTIPEDE.....

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Photographs of specific series of poses.

**6** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ....Brylawski & Cleary..........

Account Number: .....DA: 050385.....................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Edwin Komen, Esq.
Brylawski & Cleary
Address: 224 East Capitol Street (Apt.)
.........Washington, D.C. 20003.........
(City)  (State)  (ZIP)

**7** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: ......Atari, Inc..........
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Edwin Komen*

Typed or printed name: ........Edwin Komen............... Date: ..10/14/81...

**8** Certification (Application must be signed)

MAIL CERTIFICATE TO

...Brylawski & Cleary...............
(Name)
224 East Capitol Street
(Number, Street and Apartment Number)
Washington, D.C. 20003
(City)   (State)   (ZIP code)

(Certificate will be mailed in window envelope)

**9** Address For Return of Certificate