# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>    Defendants. | Case No.: 24-cv-00138<br><br>Judge LaShonda Hunt<br><br>Magistrate Judge Keri L. Holleb Hotaling |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff ATARI INTERACTIVE, INC. ("Plaintiff") files this Motion requesting leave to file Appendix A to Plaintiff's Supplemental Memorandum In Support of its *Ex Parte* Motion For Entry Of A Temporary Restraining Order. Plaintiff has filed its public-record version of the documents redacted and concurrently has provisionally filed the documents electronically under seal.

Dated: February 16, 2024

By: */s/ Samantha Parrish*
    Samantha Parrish (NDIL No. 318681)
    BOIES SCHILLER FLEXNER LLP
    2029 Century Park East, Suite 1520
    Los Angeles, CA 90067
    (213) 995-5715
    sparrish@bsfllp.com

    *Attorney for Plaintiff Atari Interactive, Inc.*